STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
4424 Bellingham Avenue
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com

*Attorneys for Plaintiff Richard Heiman*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Heiman,<br><br>Plaintiff,<br><br>v.<br><br>Simm Associates, Inc.; and Stilt, Inc.,<br><br>Defendants. | Case No.: 2:23-cv-01078-TLN-DB<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT STILT, INC. ONLY**<br><br>Judge: Hon. Troy L. Nunley |

**NOTICE OF SETTLEMENT AS TO DEFENDANT STILT, INC. ONLY**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

  The Plaintiff, RICHARD HEIMAN, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with Defendant STILT, INC. in this matter. The settlement agreement is conditioned upon specified future performances by STILT, INC. Upon completion of said performances by Defendant STILT, INC., Plaintiff intends to file a dismissal of this matter.

  Dated: August 7, 2023

                 _____
                 Stanley R. Apps
                 *Attorneys for Plaintiff*