STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
4424 Bellingham Avenue
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com

*Attorneys for Plaintiff Richard Heiman*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Heiman,<br><br>Plaintiff,<br><br>v.<br><br>Simm Associates, Inc.; and Stilt, Inc.,<br><br>Defendants. | Case No.: 2:23-cv-01078-TLN-DB<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Judge: Hon. Troy L. Nunley |

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

The Plaintiff, RICHARD HEIMAN, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with all Defendants in this matter. The settlement agreement is conditioned upon specified future performances by the Defendants. Upon completion of said performances by the Defendants, Plaintiff intends to file a dismissal with prejudice of this matter.

Dated: August 7, 2023

_____
Stanley R. Apps
*Attorneys for Plaintiff*